# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., <br>     Plaintiff(s), <br> v. <br> NAVIENT SOLUTIONS, LLC, et al., <br>     Defendant(s). | Case No.: 2:20-cv-02178-JAD-NJK <br><br> **Order** |

Plaintiff filed summonses returned executed as of December 19, 2020. Docket Nos. 10-12. Absent a waiver of service, responses to a complaint are generally due 21 days after service. Fed. R. Civ. P. 12(a)(1)(A). To date, Defendants have not responded to the complaint nor has a request for extension been filed. Accordingly, no later than February 2, 2021, Defendants must file a response to the complaint, a request to extend the deadline to respond to the complaint, or a status report explaining why a response is not currently overdue at this time.

IT IS SO ORDERED.

Dated: January 26, 2021

_____
Nancy J. Koppe
United States Magistrate Judge