# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, et al., <br><br> Defendant(s). | Case No.: 2:20-cv-02178-JAD-NJK <br><br> **Order** |

Pending before the Court is a status report in which Defendants indicate that responses to the complaint are now due on February 10, 2021, based on an agreement between the parties. Docket No. 18. No such stipulation was filed or approved by the Court, however. *See* Local Rule 7-1(b). Accordingly, the parties must file, no later than January 29, 2021, a stipulation to extend the deadline to respond to the complaint.[1]

IT IS SO ORDERED.

Dated: January 27, 2021

Nancy J. Koppe  
United States Magistrate Judge

---

[1] The Court cannot determine based on the status report whether good cause exists for an extension because it does not state the reasons why the delay is sought. *See* Local Rule IA 6-1(a).

1