Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
William T. Butler, Kristen Butler, and Arieyl, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM T. BUTLER, an individual; KRISTEN BUTLER, an individual; and ARIEYL, LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 2:20-cv-02178-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[First Request]** |

## STIPULATION TO EXTEND DEADLINE FOR
## DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to LR IA 6-2, LR 7-1, and this Court's Order dated January 27, 2021 (ECF No. 19), the Parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendants William T. Butler, Kristen Butler, and Arieyl, LLC ("Defendants") may respond to Plaintiff's Complaint until February 10, 2021.

In support of this Stipulation, the Parties state as follows:

1. Plaintiff My Daily Choice, Inc. ("Plaintiff") filed this action on November 30, 2020. *See* ECF No. 1.

2. Defendants were each served with process in this suit on December 19, 2020, making their ordinary due date to respond to Plaintiff's Complaint January 11, 2021. *See* ECF Nos. 10, 11, & 12.

3. Defendants' counsel filed a Notice of Appearance of Counsel shortly after Defendants were served with process in this suit. *See* ECF No. 13.

4. Counsel for the Parties met and conferred on January 11, 2021 and agreed to extend the date by which Defendants must respond to Plaintiff's Complaint 30 days from January 11, 2021 until February 10, 2021.

5. In return for Plaintiff's agreement to extend the time to respond to Plaintiff's Complaint, Defendants agreed not to use this extension against Plaintiff for any purpose.

6. Good cause exists to extend the time by which Defendants are required to respond to Plaintiff's Complaint because Defendants' counsel requires additional time to examine the facts and circumstances of the case before preparing and filing a responsive pleading.

/ /
/ /
/ /
/ /
/ /

Accordingly, the Parties hereto stipulate that the date by which Defendants shall file their response to Plaintiff's Complaint is extended 30 days from January 11, 2021 to February 10, 2021.

IT IS SO STIPULATED.

Dated: January 27, 2021.          Respectfully Submitted,

/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Defendants
William T. Butler, Kristen Butler, and Arieyl, LLC

Dated: January 27, 2021.          Respectfully Submitted,

/s/ Ross M. Campbell
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

COAST LAW GROUP, LLP
DAVID A. PECK (Pro Hac Vice)
California Bar No. 171854
ROSS M. CAMPBELL (Pro Hac Vice)
California Bar No. 234827
1140 S. Coast Highway 101
Encinitas, California 92024

Attorneys for Plaintiff
My Daily Choice, Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 28, 2021