GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

COAST LAW GROUP, LLP
DAVID A. PECK (*Pro Hac Vice*)
California Bar No. 171854
Email: dpeck@coastlaw.com
ROSS M. CAMPBELL (*Pro Hac Vice*)
California Bar No. 234827
Email: ross@coastlawgroup.com
1140 S. Coast Highway 101
Encinitas, California 92024
Tel: (760) 942-8505

*Attorneys for Plaintiff, My Daily Choice, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM T. BUTLER, an individual; KRISTEN BUTLER, an individual; and ARIEYL, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:20-CV-02178-JAD-NJK<br><br>**Stipulation and Order re: Filing First Amended Complaint** |

Plaintiff My Daily Choice, Inc. ("Plaintiff" and/ or "MDC") and Defendants William T. Butler, Kristen Butler ("Butlers") and Arieyl LLC ("Arieyl") (collectively, "Defendants"), through their respective undersigned counsel, hereby stipulate and request that in the event the Court denies Defendants' pending Motion to Dismiss [ECF 23], the Court grant leave for MDC to file the proposed First Amended Complaint attached hereto as Exhibit 1 ("FAC").

The Parties further stipulate and request that in the event the Court does not rule on the Motion to Dismiss prior to the current April 6, 2021 due date for amended pleadings set forth in the Scheduling Order [ECF 15], the Court extend the cutoff date for amended pleadings by three (3) court days from the date of its ruling on the Motion to Dismiss to allow MDC to file the FAC.

In support of this Stipulation, the Parties state as follows:

1. Counsel for the Parties met and conferred between March 12 and March 24, 2021 and stipulated to the filing of the proposed FAC and extension of the cutoff date for amended pleadings (if necessary), as set forth above.

2. MDC seeks to amend its Complaint to add a claim for contractual breach of the implied covenant of good faith and fair dealing against the Butlers and to make the edits reflected in the redline attached hereto as Exhibit 1. In return for Defendants' stipulation to the filing of the FAC, MDC stipulated that counterclaims may be asserted against MDC in this action to allow resolution of disputes in one forum.

3. Good cause exists to grant leave to file the FAC, and to extend the cutoff date for amended pleadings (if necessary), because Fed. R. Civ. P. 15(a)(2) authorizes a party to amend a pleading with the opposing party's written consent or the Court's leave, Defendants have provided written consent to the filing, Defendants have not yet filed an answer and the pleadings are not yet set, the cutoff date for amended pleadings has not passed, and leave to amend pleadings is liberally granted at this stage of the proceedings.

/ / /

/ / /

/ / /

/ / /

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2

Accordingly, the Parties stipulate that MDC may file the FAC in the event the Court denies the Motion to Dismiss, and further stipulate that the cutoff date for filing amended pleadings be extended three (3) court days from date of the Court's ruling on the Motion to Dismiss in the event the Court does not rule on the Motion to Dismiss prior to the current April 6, 2021 cutoff date. Finally, in the event that the Court denies the Motion to Dismiss, the Parties stipulate that Defendants may file counterclaims in this action to allow the resolution of disputes in one forum.

IT IS SO STIPULATED.

Respectfully submitted,

| | |
|---|---|
| Dated this 26th day of March 2021. | Dated this 26th day of March 2021. |
| GARMAN TURNER GORDON LLP | RANDAZZA LEGAL GROUP, PLLC |
| By: /s/ Jared M. Sechrist<br>ERIKA PIKE TURNER<br>Nevada Bar No. 6454<br>JARED M. SECHRIST<br>Nevada Bar No. 10439<br>7251 Amigo Street, Suite 210<br>Las Vegas, NV 89119<br>and<br>COAST LAW GROUP, LLP<br>DAVID A. PECK (*Pro Hac Vice*)<br>California Bar No. 171854<br>ROSS M. CAMPBELL (*Pro Hac Vice*)<br>California Bar No. 234827<br>1140 S. Coast Highway 101<br>Encinitas, California 92024<br><br>*Attorneys for Plaintiff, My Daily Choice* | By: /s/ Ronald D. Green<br>MARC J. RANDAZZA<br>Nevada Bar No. 12265<br>RONALD D. GREEN<br>Nevada Bar No. 7360<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>Tel: (702) 420-2001<br>Fax: (305) 437-7662<br><br>*Attorneys for Defendants William T. Butler, Kristen Butler and Arieyl, LLC* |

**ORDER**

Based on the parties' stipulation [ECF No. 30], IT IS SO ORDERED. And because the Court has now denied the motion to dismiss [ECF No. 23], IT IS FURTHER ORDERED that the Plaintiff has until September 17, 2021, to file its First Amended Complaint in the format attached to the stipulation.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 10, 2021