Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
William Butler, Kristen Butler, Arieyl, LLC,
Skylar Lambert, Danielle Lituski and Chad Lituski

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY DAILY CHOICE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM T. BUTLER; KRISTEN BUTLER; and ARIEYL, LLC,<br><br>    Defendants. | Case No. 2:20-cv-02178-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[First Request]** |
| MY DAILY CHOICE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MARISSA BROOKE DONNELL,<br><br>    Defendant. | Case No. 2:20-cv-02225-JAD-NJK |
| MY DAILY CHOICE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SKYLAR LAMBERT,<br><br>    Defendant. | Case No. 2:20-cv-02228-JAD-NJK |
| MY DAILY CHOICE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DANIELLE LITUSKI and CHAD LITUSKI,<br><br>    Defendants. | Case No. 2:20-cv-02232-JAD-NJK |

1  Pursuant to LR IA 6-2, LR 7-1, and this Court's Order dated September 10, 2021 (ECF No. 56), the Parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendants William T. Butler, Kristen Butler, and Arieyl, LLC ("Defendants") may respond to Plaintiff's Complaint from September 30, 2021 until October 7, 2021.

In support of this Stipulation, the Parties state as follows:

1. Plaintiff My Daily Choice, Inc. ("Plaintiff") filed this action on November 30, 2020. *See* ECF No. 1.

2. Plaintiff filed its First Amended Complaint on September 16, 2021, making Defendants' response due on September 30, 2021. *See* ECF No. 59; Fed. R. Civ. P. 15(a)(3).

3. Counsel for the Parties met and conferred on September 29, 2021 and agreed to extend the date by which Defendants must respond to Plaintiff's Complaint by 7 days from September 30, 2021 until October 7, 2021.

4. Good cause exists to extend the time by which Defendants are required to respond to Plaintiff's Complaint because, due to emergencies in other matters beyond Defendants' counsel's control, Defendants' counsel requires some additional time to examine the facts and circumstances alleged in the First Amended Complaint before preparing and filing a responsive pleading.

/ /

/ /

/ /

/ /

/ /

Accordingly, the Parties hereto stipulate that the date by which Defendants shall file their response to Plaintiff's Complaint is extended 7 days from September 30, 2021 to October 7, 2021.

IT IS SO STIPULATED.

Dated: September 29, 2021.				Respectfully Submitted,

/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Defendants
William T. Butler, Kristen Butler, and Arieyl, LLC

Dated: September 29, 2021.				Respectfully Submitted,

/s/ Ross M. Campbell
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

COAST LAW GROUP, LLP
DAVID A. PECK (Pro Hac Vice)
California Bar No. 171854
ROSS M. CAMPBELL (Pro Hac Vice)
California Bar No. 234827
1140 S. Coast Highway 101
Encinitas, California 92024

Attorneys for Plaintiff
My Daily Choice, Inc.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: September 30, 2021