1 Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendants
William T. Butler, Kristen Butler, Arieyl, LLC,
Skylar Lambert, Danielle Lituski, and Chad Lituski

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY DAILY CHOICE, INC.,<br><br>　　Plaintiff/<br>　　Counterclaim-Defendant,<br><br>　v.<br><br>WILLIAM T. BUTLER,<br>KRISTEN BUTLER, and ARIEYL, LLC,<br><br>　　Defendants/<br>　　Counterclaim-Plaintiffs/<br>　　Third Party Plaintiffs,<br><br>　v.<br><br>JOSH ZWAGIL, JENNA ZWAGIL, and KARLI THOMAS,<br><br>　　Third Party Defendants. | Case No. 2:20-cv-02178-JAD-NJK<br><br>**STIPULATION & ORDER TO EXTEND COUNTERCLAIMAINTS' DEADLINE TO RESPOND TO MOTION TO DISMISS**<br><br>**(First Request)**<br><br>ECF Nos. 80, 81 |
| MY DAILY CHOICE, INC.,<br><br>　　Plaintiff,<br><br>　v.<br><br>MARISSA BROOKE DONNELL,<br><br>　　Defendant. | Case No. 2:20-cv-02225-JAD-NJK |

| | |
|---|---|
| MY DAILY CHOICE, INC., <br><br>    Plaintiff, <br><br>v. <br><br>SKYLAR LAMBERT, <br><br>    Defendant. | Case No. 2:20-cv-02228-JAD-NJK |
| MY DAILY CHOICE, INC., <br><br>    Plaintiff, <br><br>v. <br><br>DANIELLE LITUSKI, and CHAD LITUSKI, <br><br>    Defendants. | Case No. 2:20-cv-02232-JAD-NJK |

Defendants/Counterclaimants William T. Butler, Kristen Butler, and Arieyl, LLC ("Counterclaimants") and Plaintiff/Counterclaim Defendant My Daily Choice, Inc. ("Counterclaim Defendant") (collectively, the "Parties"), through counsel, hereby stipulate and request that the Court extend the date by which Counterclaimants may respond to Counterclaim Defendant's Motion to Dismiss from November 26, 2021 until December 10, 2021.

In support of this Stipulation, the Parties state as follows:

1. On October 7, 2021, Counterclaimants filed their Counterclaims against Counterclaim Defendant.

2. On October 14, 2021, counsel for the Parties agreed to extend the date by which Counterclaim Defendant must respond to the Counterclaims by two weeks, from October 28, 2021 to November 11, 2021.

3. On November 11, 2021, Counterclaim Defendant filed its Motion to Dismiss with this Court.

4. On November 18, 2021, counsel for the Parties agreed to extend the date by which Counterclaimants must respond to Counterclaim Defendant's Motion to Dismiss by two weeks, from November 26, 2021 to December 10, 2021.

5. Good cause exists to extend time by which Defendants are required to respond to Counterclaim Defendant's Motion to Dismiss due to counsel's schedule during the Thanksgiving holiday and the need for additional time to review, research, evaluate, and respond to MDC's arguments in the Motion. Counterclaimants have previously accommodated Counterclaim Defendant's request for additional time to respond to the Counterclaim.

6. Accordingly, the Parties hereto stipulate that the date by which Counterclaimants shall file their response to Counter Defendant's Motion to Dismiss is extended by 14 days from November 26, 2021 to December 10, 2021.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated this 19th day of November 2021.

GARMAN TURNER GORDON LLP

By: /s/ Ross M. Campbell
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
7251 Amigo St. Suit 210
Las Vegas, NV 89119
  and
COAST LAW GROUP, LLP
DAVID A. PECK (*Pro Hac Vice*)
California Bar No. 171854
ROSS M. CAMPBELL (*Pro Hac Vice*)
California Bar No. 234827
1149 S. Coast Hwy 101
Encinitas, CA 92024
Attorneys for Plaintiff and Counter-Defendant, My Daily Choice, Inc.

Dated this 19th day of November, 2021

RANDAZZA LEGAL GROUP, PLLC

By: /s/ Ronald Green
MARC J. RANDAZZA
Nevada Bar No. 12265
RONALD D. GREEN, JR.
Nevada Bar No. 7360
2564 Lake Sahara Dr. Ste 109
Las Vegas, NV 89117
Tel: (702) 420-2001
Fax: (305) 437-7662

Attorneys for Defendants, Counterclaimants and Third-Party Plaintiffs

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
NOVEMBER 22, 2021