# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., et al.,<br><br>　　Plaintiff(s),<br><br>v.<br><br>WILLIAM T. BUTLER, et al.,<br><br>　　Defendant(s). | Case No. 2:20-cv-02178-JAD-NJK<br><br>**Order**<br><br>[Docket No. 95] |

　　Pending before the Court is a stipulation to extend the deadline to respond to the motion to compel forensic examination. Docket No. 95. For good cause shown, that request is **GRANTED** and the deadline to respond to that motion to compel is **EXTENDED** to January 28, 2022.

　　The pending stipulation also seeks relief as to other deadlines, but combining multiple requests into a single filing is improper. Local Rule IC 2-2(b). These additional requests are **DENIED** without prejudice to being refiled in compliance with the local rules.

　　IT IS SO ORDERED.

　　Dated: January 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1