GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

COAST LAW GROUP, LLP
DAVID A. PECK (*Pro Hac Vice*)
California Bar No. 171854
Email: dpeck@coastlaw.com
ROSS CAMPBELL (*Pro Hac Vice*)
California Bar No. 234827
Email: ross@coastlawg.com
1140 S. Coast Highway 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

*Attorneys for Third-Party Defendants*
*Josh Zwagil, Jenna Zwagil, and Karli Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY DAILY CHOICE, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> WILLIAM T. BUTLER; KRISTEN BUTLER; and ARIEYL, LLC, <br><br> Defendants/Counterclaimants/Third Party Plaintiffs, <br><br> v. <br><br> JOSH ZWAGIL, JENNA ZWAGIL, and KARLI THOMAS, <br><br> Third-Party Defendants. | Case No. 2:20-cv-02178-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF** <br><br> **(Second Request)** <br><br> ECF Nos. 88, 98 |

1

| | |
|---|---|
| MY DAILY CHOICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARISSA BROOKE DONNELL, <br><br> Defendant. | Case No. 2:20-cv-02225-JAD-NJK |
| MY DAILY CHOICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYLAR LAMBERT, <br><br> Defendant. | Case No. 2:20-cv-02228-JAD-NJK |
| MY DAILY CHOICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANIELLE LITUSKI, and CHAD LITUSKI, <br><br> Defendants. | Case No. 2:20-cv-02232-JAD-NJK |

Pursuant to LR IA 6-2, LR 7-1, the Parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Third Party Defendants Josh Zwagil, Jenna Zwagil, and Karli Thomas ("Third Party Defendants") may file their reply in support of their Motion to Dismiss (ECF No. 88) for a period of one week from January 26, 2022 to February 2, 2022. This is the second such request for extension of this deadline. The Court denied the first request without prejudice on January 21, 2022 (ECF No. 96) because the Parties combined multiple requests in one filing. LR IC 2-2(b); ECF No. 95.

In support of this Stipulation, the Parties state as follows:

1. On October 7, 2021, Defendants filed their Counterclaim and Third Party Complaint, alleging claims against Plaintiff/Counterclaim-Defendant My Daily Choice, Inc. ("MDC") and the Third Party Defendants. *See* ECF No. 64.

2

2. MDC filed a Motion to Dismiss in relation to Defendants' Counterclaim on November 11, 2021. *See* ECF No. 80.

3. Third Party Defendants filed a Motion to Dismiss in relation to Defendants' Third Party Complaint on December 20, 2021. *See* ECF No. 88.

4. Pursuant to a stipulation between the Parties and the Order of this Court, Defendants' deadline to file their response to both motions to dismiss was extended until January 19, 2022. *See* ECF No. 84.

5. Defendants filed their omnibus opposition to both Motions to dismiss on January 19, 2022. *See* ECF No. 94 .

6. Pursuant to LR 7-2(b), MDC and Third Party Defendants' replies in support of their Motions to Dismiss are currently due on January 26, 2022.

7. For the reasons set forth below, Third Party Defendants request that their deadline to file a reply in support of their Motion to Dismiss be extended to February 2, 2022.

8. Good cause exists to extend this deadline.

9. Specifically, the COVID-19 pandemic and the current resurgence of the virus has taken a significant toll on the Parties' attorneys and the function of their offices.

10. MDC and Third Party Defendants' counsel's office has experienced disruptions and staff shortages due to the virus, including challenges with childcare requiring attorney Ross Campbell to be out of office from January 19 to January 24, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

11. Due to unusual limitations imposed on the Parties and their counsel, the Parties ask that this deadline be extended.

IT IS SO STIPULATED.

Dated: January 24, 2022.

| COAST LAW GROUP LLP | RANDAZZA LEGAL GROUP, PLLC |
|---|---|
| By: /s/ Ross Campbell | By: /s/ Trey Rothell |
| DAVID A. PECK (*Pro Hac Vice*) | MARC J. RANDAZZA |
| California Bar No. 171854 | Nevada Bar No. 12265 |
| ROSS M. CAMPBELL (*Pro Hac Vice*) | RONALD D. GREEN |
| California Bar No. 234827 | Nevada Bar No. 7360 |
| 1140 S. Coast Highway 101 | TREY ALAN ROTHELL |
| Encinitas, California 92024 | NV Bar No. 15993 |
| and | 2764 Lake Sahara Drive, Suite 109 |
| GARMAN TURNER GORDON LLP | Las Vegas, NV 89117 |
| ERIKA PIKE TURNER | Tel: (702) 420-2001 |
| Nevada Bar No. 6454 | Fax: (305) 437-7662 |
| JARED M. SECHRIST | |
| Nevada Bar No. 10439 | *Attorneys for Defendants, Counterclaimants,* |
| 7251 Amigo Street, Suite 210 | *and Third-Party Plaintiffs William Butler,* |
| Las Vegas, NV 89119 | *Kristen Butler, and Arieyl, LLC* |

*Attorneys for Plaintiff/Counterclaim-Defendant My Daily Choice, Inc., and Third-Party Defendants Josh Zwagil. Jenna Zwagil and Karli Thomas*

## ORDER

Based on the parties' stipulation [ECF No. 98] and good cause appearing, IT IS HEREBY ORDERED that **the deadline to file the reply in support of the Third Party Defendants' Motion to Dismiss [ECF No. 88] is extended to February 2, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 25, 2022

4