# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MY DAILY CHOICE, INC.,

      Plaintiff(s),

v.

WILLIAM T. BUTLER, et al.,

      Defendant(s).

Case No. 2:20-cv-02178-JAD-NJK

**Order**

[Docket No. 90]

On March 8, 2022, this case was stayed pending mediation until April 11, 2022. Docket No. 110. As a result, the hearing set on the motion to compel forensic examination is **CONTINUED** to 11:00 a.m. on April 22, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: March 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1