GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
Email: eturner@gtg.legal
JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112

COAST LAW GROUP, LLP
DAVID A. PECK (*Pro Hac Vice*)
California Bar No. 171854
Email: dpeck@coastlaw.com
ROSS CAMPBELL (*Pro Hac Vice*)
California Bar No. 234827
Email: ross@coastlaw.com
1140 S. Coast Highway 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

*Attorneys for Plaintiff and Counterclaim-Defendant, My Daily Choice, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., | Case No. 2:20-cv-02178-JAD-NJK |
| Plaintiff/Counterclaim-Defendant, | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| v. | ECF Nos. 80, 88, 116 |
| WILLIAM T. BUTLER; KRISTEN BUTLER; and ARIEYL, LLC, | |
| Defendants/Counterclaimants/ Third Party Plaintiffs, | |
| v. | |
| JOSH ZWAGIL, JENNA ZWAGIL, and KARLI THOMAS, | |
| Third-Party Defendants. | |

| | |
|---|---|
| MY DAILY CHOICE, INC., | Case No. 2:20-cv-02225-JAD-NJK |
| Plaintiff, | |
| v. | |
| MARISSA BROOKE DONNELL, | |
| Defendant. | |
| MY DAILY CHOICE, INC., | Case No. 2:20-cv-02228-JAD-NJK |
| Plaintiff, | |
| v. | |
| SKYLAR LAMBERT, | |
| Defendant. | |
| MY DAILY CHOICE, INC., | Case No. 2:20-cv-02232-JAD-NJK |
| Plaintiff, | |
| v. | |
| DANIELLE LITUSKI, and CHAD LITUSKI, | |
| Defendants. | |

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-1, and based on the settlement of this matter following mediation [ECF No. 114], the parties hereby stipulate and request that the Court dismiss this action in its entirety, without prejudice, subject to the Court's retention of jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement ("Settlement Agreement").

In support of this Stipulation, the parties state as follows:

1.      Plaintiff My Daily Choice, Inc. ("MDC") filed its Complaint in this matter against Defendants William T. Butler, Kristen Butler, and Arieyl, LLC (the "Arieyl Parties") on November 30, 2020. *See* ECF No. 1.

2.      MDC filed separate lawsuits against Defendants Marissa Brooke Donnell, Skylar Lambert, and Danielle and Chad Lituski. Those cases were consolidated into this action. *See* ECF No. 42.

3. On October 7, 2021, the Arieyl Parties filed their Counterclaims and Third Party Complaint, alleging claims against MDC and Third Party Defendants Jenna Zwagil, Josh Zwagil, and Karli Thomas. *See* ECF No. 64.

4. On March 8, 2022, the Court stayed the case to allow the parties to attend mediation. ECF No. 110.

5. On April 14, 2022, the parties reached a settlement in principle.

6. On April 18, 2022, the Court further stayed the case to allow the parties to prepare and execute a formal settlement agreement.

7. On April 29, 2022, the parties executed the Settlement Agreement, and have agreed to the Court's retention of jurisdiction to enforce the terms thereof.[1]

8. Accordingly, the parties hereby stipulate and request the following:

 a. that the Court dismiss this action without prejudice[2] in its entirety, including *My Daily Choice, Inc. v. Butler et al.*, Case No. 2:20-cv-02178-JAD-NJK (and all Counterclaims and Third Party Claims asserted therein); *My Daily Choice, Inc. v. Lambert*, Case No. 2:20-cv-02228; *My Daily Choice, Inc. v. Lituski et al.*, Case No. 2:20-cv-02232; and *My Daily Choice, Inc. v. Donnell*, Case No. 2:20-cv-02225-JAD-NJK;

 b. that this stipulation and dismissal is conditioned upon the Court's entry of a dismissal order retaining jurisdiction to enforce the terms of the Settlement Agreement; and

 c. that the Parties shall bear their own attorneys' fees and costs.

//

//

//

---

[1] While Ms. Donnell is not a party to the Settlement Agreement, MDC and Ms. Donnell stipulate to the voluntary dismissal of MDC's action against her pursuant to the terms of this stipulation per the signatures below.

[2] Dismissal shall be deemed to be with prejudice upon completion of Defendants' settlement obligations.

Stipulation for Voluntary Dismissal

IT IS SO STIPULATED.

Dated: May 16, 2022.

COAST LAW GROUP LLP

By: _/s/ Ross Campbell_____
DAVID A. PECK (*Pro Hac Vice*)
California Bar No. 171854
ROSS M. CAMPBELL (*Pro Hac Vice*)
California Bar No. 234827
1140 S. Coast Highway 101
Encinitas, California 92024
*and*
GARMAN TURNER GORDON LLP
ERIKA PIKE TURNER
Nevada Bar No. 6454
JARED M. SECHRIST
Nevada Bar No. 10439
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

*Attorneys for Plaintiff/Counterclaim-*
*Defendant My Daily Choice, Inc., and Third-*
*Party Defendants Josh Zwagil. Jenna Zwagil*
*and Karli Thomas*


 _/s/ Marissa Brooke Donnell_____
Defendant MARISSA BROOKE DONNELL
*Pro Se*

RANDAZZA LEGAL GROUP, PLLC

By: _/s/ Trey A. Rothell_____
MARC J. RANDAZZA
Nevada Bar No. 12265
RONALD D. GREEN
Nevada Bar No. 7360
TREY ALAN ROTHELL
NV Bar No. 15993
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
Fax: (305) 437-7662

*Attorneys for Defendants, Counterclaimants,*
*and Third-Party Plaintiffs William Butler,*
*Kristen Butler, and Arieyl, LLC, and*
*Defendants Skylar Lambert, Danielle Lituski,*
*and Chad Lituski*

## **ORDER OF DISMISSAL**

Based on the parties' Stipulation of Voluntary Dismissal [ECF No. 116] and good cause appearing, the Court hereby ORDERS that:

a. **This consolidated action is DISMISSED without prejudice in its entirety**, including *My Daily Choice, Inc. v. Butler et al.*, Case No. 2:20-cv-02178-JAD-NJK (and all Counterclaims and Third Party Claims asserted therein); *My Daily Choice, Inc. v. Lambert*, Case No. 2:20-02228; *My Daily Choice, Inc. v. Lituski et al.*, Case No. 2:20-cv-02232; and *My Daily Choice, Inc. v. Donnell*, Case No. 2:20-cv-02225-JAD-NJK, though the Court retains jurisdiction to enforce the terms of the Settlement Agreement;

b. Each party must bear its own costs and attorneys' fees;

c. All pending motions **[ECF Nos. 80, 88] are DENIED** without prejudice as moot; and

d. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE
DATED:  May 18, 2022

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Coast Law Group LLP, hereby certifies that on the 17th day of May 2022, she caused a copy of the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii),** to be served electronically to all parties of interest through the Court's CM/ECF system as follows, with service upon Marissa Brooke Donnell via email:

Marc J. Randazza, Esq.
NV Bar No. 12265
Ronald D. Green, Esq.
NV Bar No. 7360
Trey Alan Rothell. Esq.
NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
Email: mjr@randazza.com
          rdg@randazza.com
          tar@randazza.com
          ecf@randazza.com

*Attorneys for Defendants, Counterclaimants, and Third-Party*
*Plaintiffs William T. Butler, Kristen Butler and Arieyl, LLC,*
*and Defendants Skylar Lambert, Danielle Lituski, and Chad Lituski*

Marissa Brooke Donnell
Email: marissadonnell@gmail.com
*Pro per*

                                        */s/ Kristyn Naismith*
                                        COAST LAW GROUP LLP